```
 1  H. STEVEN SCHIFFRES, ESQ. (SBN 72540)
    W. DENNIS SNYDERMAN, ESQ. (SBN 45974)
 2  ROSOFF, SCHIFFRES & BARTA
    11755 Wilshire Boulevard, Suite 1450
 3  Los Angeles, California 90025-1507
    Telephone: (310) 479-1454
 4  Facsimile: (310)478-1439

 5  Attorneys for Plaintiff CARESSE HENRY
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARESSE HENRY | CASE NO.: CV 07-03318 MMM (PLAx) |
| Plaintiff, | |
| v. | STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER THEREON |
| SANCTUARY ARTIST MANAGEMENT INC., a Delaware Corporation, THE SANCTUARY GROUP, PLC, a Delaware corporation and Does 1 through 25 inclusive | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their respective counsel of record that, pursuant to the settlement agreement between the parties, the above-captioned action shall be and hereby is dismissed with prejudice, pursuant to FRCP 41(a)(1)(ii).

Dated: February 6, 2008

SONNENSCHEIN NATH & ROSENTHAL LLP
MARTIN J. FOLEY
DAVID S. ALVERSON

By: 
David S. Alverson
Attorneys for Defendants
Sanctuary Artist Management Inc. and
The Sanctuary Group plc

---
1
STIPULATION AND [PROPOSED] ORDER

Dated: February 6, 2008

ROSOFF, SCHIFFRES & BARTA

By: _____
H. Steven Schiffres
Attorneys for Plaintiff,
Caresse Henry

**ORDER**

IT IS SO ORDERED.

2/22/08

*Margaret M. Morrow*
United States District Court Judge

P:\schiffresec\schiffresec_WPDocs\Henry\PLEADINGS\Henry v. Sanctuary\Pleading\stipulation settlement.frm